IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

FILED

JAN 0 3 2013

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| SHAWN T. DAMON,<br><br>                    Plaintiff,<br><br>vs.<br><br>DIRK SANDEFUR, JOHN PARKER, NEAL P. DUBOIS, MIKE FERRITER, MONTANA DEPARTMENT OF CORRECTIONS, BOB EDWARDS, SHERIFF, JOHN STEVENS, UNDERSHERIFF, CASCADE COUNTY DETENTION CENTER, JAY DOYLE, SHERIFF, JOHN FAIRCHILD, UNDERSHERIFF, LAKE COUNTY DETENTION CENTER, SCOTT FOSTER, KAY ANDERSON, ADULT PROBATION AND PAROLE,<br><br>                    Defendants. | No. CV 12-30-GF-SEH<br><br>**ORDER** |

On December 10, 2012,, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file

---

[1] Docket No. 10.

objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

Defendants Dirk Sandefur, John Parker, Neal P. DuBois, Montana Department of Corrections, Cascade County Detention Center, Lake County Detention Center, Mike Ferriter and Kay Anderson are DISMISSED for failure to state a claim. The caption shall be amended accordingly to reflect the dismissal.

DATED this 3rd day of January, 2013.

*[signature]*
SAM E. HADDON
United States District Judge